## 5231.  SMALL v. THE STATE.

POTTLE, J.  1. A writing containing a promise to labor, which does not describe the work to be performed, is too indefinite to be the basis of a prosecution for cheating and swindling, under section 715 of the Penal Code.  *Adams* v. *State*, 10 *Ga. App.* 801 (74 S. E. 95), and citations.

2. The rule above stated is applicable to a writing in the following language: "In consideration of the sum of ($12.00) twelve dollars paid me to-day, I hereby agree to work C. W. Skinner seven months at $12.00 per month on any place of the said C. W. Skinner, commencing January 1st, 1913, and ending August 1st, 1913."

*Judgment reversed.*

DECIDED NOVEMBER 25, 1913.

Accusation of cheating and swindling; from city court of Waynesboro—Judge Davis.  September 6, 1913.

*C. B. Garlick,* for plaintiff in error.  *F. S. Burney, solicitor,* contra.